UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Civil Action No. 16-410-HRW

DAVID MCKEE, PETITIONER,

v. ORDER

DEEDRA HART, WARDEN, RESPONDENT.

David McKee filed a Petition for Writ of Habeas Corpus [Docket No. 1]. The case was referred to United States Magistrate Judge Hanly A. Ingram for a report and recommendation. Magistrate Judge Wehrman recommends that the petition be denied and that no certificate of appealability issue [Docket No. 19]

Petitioner has filed objections [Docket No. 20]. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 19] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court. **IT IS FURTHER ORDERED** that the petition be **DISMISSED** and this matter **STRICKEN** from the docket of this Court and that not Certificate of Appealability issue

This 31st day of May, 2017.

Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

Henry R. Wilhoit, Jr., Senior Judge